UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Hugo Adonis Reyes Benitez,

                          Petitioner,                  JUDGMENT
        v.

                                                26-cv-03720 (RER)

Markwayne Mullin, Secretary, U.S. Department
of Homeland Security; Todd Blanche, U.S.
Attorney General; David Venturella, Acting
Director, Immigration and Customs Enforcement;
Kenneth Genalo, in his official capacity as Acting
Field Office Director of New York, Immigration
and Customs Enforcement,

                         Respondents.
----------------------------------------------------------------X

A Minute Entry for proceedings held before the Honorable Ramon E. Reyes, United

States District Judge, having been filed on July 10, 2026, denying the petition for writ of habeas

corpus; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Respondents.

Dated: Brooklyn, New York                       Brenna B. Mahoney
        July 10, 2026                         Clerk of Court

                                     By:     */s/Jalitza Poveda*
                                         Deputy Clerk